

| | | | | |
|---|---|---|---|---|
| La.H., Matter of............... | 90A02–1609–JC–2135 | 05/31/2017 | ROBB, J.<br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |
| Starr v. State .................. | 02A03–1608–CR–1866 | 06/01/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Gibson v. State ................ | 45A03–1701–CR–130 | 06/01/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| DNS Allen, LLC v. Cox .......... | 61A01–1609–CC–2141 | 06/01/2017 | BRADFORD, J.<br>BROWN, J.<br>PYLE, J. | Reversed<br>Concurs<br>Concurs |
| Illini State Trucking, Inc. v. Navistar, Inc..................... | 45A03–1608–PL–1860 | 06/02/2017 | VAIDIK, C.J.<br>ROBB, J.<br>SHARPNACK, Sr.J. | Affirmed<br>Concurs<br>Concurs |
| Monohan v. State .............. | 49A02–1611–CR–2649 | 06/02/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |